UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| KEITH CONNELL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MID-SOUTH PRODUCE COMPANY OF JACKSON, INC., MID-SOUTH PRODUCE COMPANY, JUDITH H. WHITE aka JUDITH H. BOONE, WILLIAM E. WHITE, and LEE D. BOONE, <br><br> Defendants. | Case No.: |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Keith Connell, Inc., (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure and L.U.Civ.R. 7(c) and certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted on July 2nd, 2010.

| | |
|---|---|
| OF COUNSEL:<br>**MEUERS LAW FIRM, P.L.**<br>Katy Koestner Esquivel<br>*Florida Bar No. 0159484*<br>*Illinois Bar No. 6270092*<br>5395 Park Central Court<br>Naples, Florida  34109-5932<br>Telephone: (239) 513-9191<br>Facsimile:  (239) 513-9677<br>kesquivel@meuerslawfirm.com | **HARRIS JERNIGAN & GENO, PLLC**<br><br>*/s/ Melanie T. Vardaman*<br>Jeffrey K. Tyree<br>*Mississippi Bar No. 9049*<br>Melanie T. Vardaman<br>*Mississippi Bar No. 100392*<br>587 Highland Colony Parkway (39157)<br>Post Office Box 3380<br>Ridgeland, MS 39158-3380<br>Telephone: (601) 427-0048<br>Facsimile:  (601) 427-0050<br>jktyree@hjglawfirm.com<br>mvardaman@hjglawfirm.com<br><br>*Counsel for Plaintiff Keith Connell, Inc.* |